UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| HORACE SUBLETT, | ) |
| Petitioner, | ) 2:06-cv-00847 JWS |
| vs. | ) ORDER AND OPINION |
| IVAN BARTOS, et al., | ) [Re: Report and Recommendation] |
| Respondents. | ) |

## I.  MATTER PRESENTED

At docket 1, petitioner Horace Sublett filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  At docket 10, respondents Ivan Bartos, *et al.*, filed an answer opposing the petition as time barred pursuant to 28 U.S.C. § 2244(d).  At docket 11, petitioner filed a reply and requested an evidentiary hearing.  At docket 12, Magistrate Judge Lawrence O. Anderson filed his report and recommendation, recommending that the petition be denied.  No objections to the report and recommendation were filed.  At docket 13, petitioner filed a motion to stay or, in the alternative, to dismiss his habeas petition without prejudice to allow him to return to State court.  Respondents' opposition to the motion is filed at docket 14.

## II.  STANDARD OF REVIEW

The district court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[1]  When reviewing a magistrate judge's report and recommendation in a habeas case, the district court reviews *de novo* conclusions of law[2] and findings of fact to which parties object.[3]  The court reviews for clear error uncontested findings of fact.[4]

## III.  BACKGROUND

The court has reviewed the report and recommendation and found that it accurately summarizes the background of this case.  Moreover, petitioner did not object to any of the magistrate judge's findings of fact. Accordingly, the court adopts the summary as its own.

## IV.  DISCUSSION

Because the state court record is sufficient to resolve the issues presently before this court without an evidentiary hearing, petitioner's request for an evidentiary hearing is denied.[5]  Having reviewed the petition, answer, and magistrate judge's report and recommendation under the standard of review articulated above, the court agrees with the magistrate judge's findings of fact and conclusions of law.  Accordingly, the court

---

[1] 28 U.S.C. § 636(b)(1).

[2] *Barilla v. Ervin*, 886 F.3d 1514, 1518 (9th Cir. 1989), *overruled on other grounds by Simpson v. Lear Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996).

[3] 28 U.S.C. § 636(b)(1).

[4] *Taberer v. Armstrong World Indus., Inc.*, 954 F.2d 888, 906 (3d Cir. 1992).

[5] *Totten v. Merkle*, 137 F.3d 1172, 1176 (9th Cir. 1998).

**ACCEPTS** the report and recommendation at docket 12.  The petition at docket 1 is **DENIED** on the grounds that petitioner's claims are time barred, procedurally defaulted, and without merit.  It is further **ORDERED** that the motion at docket 13 to stay or, in the alternative, to dismiss without prejudice petitioner's habeas petition is **DENIED AS MOOT**.

DATED at Anchorage, Alaska, this 23rd day of October 2006.

/s/
JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE